# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| LEVI WAGNER,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN CHEMET CORPORATION,<br><br>Defendant. | CV 23-08-H-BMM<br><br>**ORDER VACATING JULY 10, 2024, SETTLEMENT CONFERENCE AND SETTING TELEPHONIC SCHEDULING CONFERENCE TO RESET SETTLEMENT CONFERENCE** |

Pursuant to Defendant American Chemet's Unopposed Motion to Set Telephonic Scheduling Conference to Reset Settlement Conference, and for good cause appearing, IT IS ORDERED that the July 10, 2024, settlement conference is VACATED; IT IS FURTHER ORDERED that a telephonic status conference will be held June 6, 2024 at 11:30 a.m. The call-in number is 877-402-9753; access code: 5136505.

DATED this 5th day of June 2024.

_____
John Johnston
United States Magistrate Judge